UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
 §
James Ray Muder § Case No. 12-00640
Janette Louise Draper §
 §
 §
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on     . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                  $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

U.S. Bankruptcy Court - Hawaii   #12-00640   Dkt # 32   Filed 02/18/15   Page 1 of 12

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/DANE S. FIELD_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1  
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  
ASSET CASES

Page: 1

Exhibit A

Case No: 12-00640 RJF  
Judge: Robert J. Faris  
Case Name: James Ray Muder  
Janette Louise Draper  
For Period Ending: 02/13/15

Trustee Name: DANE S. FIELD  
Date Filed (f) or Converted (c): 03/26/12 (f)  
341(a) Meeting Date: 04/23/12  
Claims Bar Date: 01/15/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  CASH | 10.00 | 0.00 | | 0.00 | FA |
| 2  CASH | 10.00 | 0.00 | | 0.00 | FA |
| 3  FIRST HAWAIIAN BANK | 200.00 | 0.00 | | 0.00 | FA |
| 4  WALMART DEBIT ACCOUNT | 660.00 | 0.00 | | 0.00 | FA |
| 5  WALMART DEBIT ACCOUNT | 252.00 | 0.00 | | 0.00 | FA |
| 6  SECURITY DEPOSIT FOR RESIDENCE | 500.00 | 0.00 | | 0.00 | FA |
| 7  HOUSEHOLD GOODS, FURNISHINGS | 600.00 | 0.00 | | 0.00 | FA |
| 8  CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 9  CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 10 JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 11 JEWELRY | 300.00 | 0.00 | | 0.00 | FA |
| 12 TAX REFUNDS | 500.00 | 0.00 | | 0.00 | FA |
| 13 2 SCOOTERS | 1,000.00 | 0.00 | | 0.00 | FA |
| 14 POTENTIAL MEDICAL MALPRACTICE CLAIM | 0.00 | 0.00 | | 0.00 | FA |
| 15 Inheritance (u) | 0.00 | 37,828.85 | | 37,828.85 | FA |

TOTALS (Excluding Unknown Values) $4,632.00 $37,828.85 $37,828.85

Gross Value of Remaining Assets $0.00  
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10/30/14 (DFIELD) Trustee has collected $37,828.85 that are the proceeds, net of the Debtor Jane Draper Muder's $10,613 exemption, of an inheritance from the Probate Estate of her deceased father. Trustee is reviewing proofs of claims.

10/07/13 (DFIELD) Trustee recovered inheritance and debtor kept exempt amount. Bar date set 1/15/14.

RE PROP # 14 -- factrs do not support claim \ backup in email from Tius 10/24/13.

UST Form 101-7-TFR (5/1/2011) (Page: 3)

| | | | | |
|---|---|---|---|---|
| Case No: | 12-00640 RJF | Judge: Robert J. Faris | Trustee Name: | DANE S. FIELD |
| Case Name: | James Ray Muder | | Date Filed (f) or Converted (c): | 03/26/12 (f) |
| | Janette Louise Draper | | 341(a) Meeting Date: | 04/23/12 |
| For Period Ending: | 02/13/15 | | Claims Bar Date: | 01/15/14 |

Initial Projected Date of Final Report (TFR): 01/15/15    Current Projected Date of Final Report (TFR): 01/15/15

Page: 1

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 12-00640  
Case Name: James Ray Muder  
Janette Louise Draper  
Taxpayer ID No: XX-XXX7982  
For Period Ending: 02/13/15  

Trustee Name: DANE S. FIELD  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX6563 - Checking Account  
Blanket Bond (per case limit): $22,670,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/04/13 | 15 | Janette Draper | inheritance | 1290-000 | 37,828.85 | | 37,828.85 |
| 11/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 45.34 | 37,783.51 |
| 12/17/13 | 000301 | International Sureties Ltd. Suite 420 701 Poydras St. New Orleans, LA 70139 | 2014 BB | 2300-000 | | 70.79 | 37,712.72 |
| 12/26/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 54.40 | 37,658.32 |
| 01/27/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 56.12 | 37,602.20 |
| 02/25/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 55.96 | 37,546.24 |
| 03/25/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 50.47 | 37,495.77 |
| 04/25/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 55.79 | 37,439.98 |
| 05/27/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 53.92 | 37,386.06 |
| 06/25/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 55.63 | 37,330.43 |
| 07/25/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 53.76 | 37,276.67 |
| 08/25/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 55.47 | 37,221.20 |
| 09/25/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 55.39 | 37,165.81 |
| 10/27/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 53.52 | 37,112.29 |
| 11/25/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 55.23 | 37,057.06 |
| 12/26/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | 53.36 | 37,003.70 |

|  |  | | |
|---|---|---|---|
| COLUMN TOTALS | | 37,828.85 | 825.15 | 37,003.70 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 37,828.85 | 825.15 | |
| Less: Payments to Debtors | | 0.00 | 0.00 | |
| Net | | 37,828.85 | 825.15 | |

| | TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| Checking Account - XXXXXX6563 | | 37,828.85 | 825.15 | 37,003.70 |
| | Page Subtotals | 37,828.85 | 825.15 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

U.S. Bankruptcy Court - Hawaii   #12-00640   Dkt # 32   Filed  02/18/15   Page 5 of 12

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-00640
Case Name: James Ray Muder
             Janette Louise Draper
Taxpayer ID No: XX-XXX7982
For Period Ending: 02/13/15

Trustee Name: DANE S. FIELD
Bank Name: Union Bank
Account Number/CD#: XXXXXX6563 - Checking Account
Blanket Bond (per case limit): $22,670,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

Total Allocation Receipts: 0.00
Total Net Deposits: 37,828.85
Total Gross Receipts: 37,828.85

            37,828.85        825.15       37,003.70
================  ================  ===========
(Excludes account transfers)   (Excludes payments to debtors)  Total Funds on Hand

Page Subtotals    0.00    0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

U.S. Bankruptcy Court - Hawaii    #12-00640    Dkt # 32    Filed 02/18/15    Page 6 of 12

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-00640  
Debtor Name: James Ray Muder  
Claims Bar Date: 01/15/14  

Date: February 13, 2015

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | DANE S. FIELD<br>PO Box 4198<br>Honolulu, HI 96812 | Administrative | | $0.00 | $3,059.00 | $3,059.00 |
| 100 2200 | DANE S. FIELD<br>PO Box 4198<br>Honolulu, HI 96812 | Administrative | | $0.00 | $8.26 | $8.26 |
| 100 3210 | Rush Moore LLP<br>737 Bishiop St., Ste. 2400<br>Honolulu, HI 96813 | Administrative | | $0.00 | $1,979.06 | $1,979.06 |
| 100 3420 | Rush Moore LLP<br>737 Bishiop St., Ste. 2400<br>Honolulu, HI 96813 | Administrative | | $0.00 | $7.20 | $7.20 |
| 5 280 5800 | DEPARTMENT OF THE TREASURY<br>FINANCIAL MANAGEMENT SERVICE<br>P.O. BOX 1686<br>Birmingham, AL 35201-1686 | Priority | | $0.00 | $200.00 | $200.00 |
| 1 350 7100 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $2,384.66 | $2,384.66 |
| 2 350 7100 | ALLEN SETO, D.D.S.<br>32 NORTH SCHOOL STREET<br>Honolulu, HI 96817-3240 | Unsecured | | $0.00 | $2,049.21 | $2,049.21 |
| 3 350 7100 | First Hawaiian Bank<br>PO Box 4070<br>Honolulu, HI 96812 | Unsecured | | $0.00 | $1,842.34 | $1,842.34 |
| 4 350 7100 | First Hawaiian Bank<br>PO Box 4070<br>Honolulu, HI 96812 | Unsecured | | $0.00 | $2,454.64 | $2,454.64 |
| 6 350 7100 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $3,614.83 | $3,614.83 |
| 7 350 7100 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $498.38 | $498.38 |
| 8 350 7100 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | | $0.00 | $187.02 | $187.02 |
| 9 350 7100 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $1,196.24 | $1,196.24 |
| 13 350 7200 | The Queen"s Medical Center<br>PO Box 861<br>Honolulu, HI 96808-0861 | Unsecured | | $280.00 | $276.71 | $276.71 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-00640  
Debtor Name: James Ray Muder  
Claims Bar Date: 01/15/14  

Date: February 13, 2015

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 10 400 7200 | Chase Bank USA, N.A. c/o Kevin C. Driscoll, Jr., Barnes & Thornburg LLP, 1 North Wacker Drive, Suite 4400, Chicago, IL 60606 | Unsecured | | $960.00 | $934.45 | $934.45 |
| 11 400 7200 | Synchrony Bank c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsecured | | $595.00 | $593.13 | $593.13 |
| 12 400 7200 | RONALD MAU, D.D.S. 1600 KAPIOLANI BLVD., SUITE 1425 Honolulu, HI 96814 | Unsecured | | $885.00 | $880.76 | $880.76 |
| | Case Totals | | | $2,720.00 | $22,165.89 | $22,165.89 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-00640
Case Name: James Ray Muder
              Janette Louise Draper
Trustee Name: DANE S. FIELD

      Balance on hand                                   $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANE S. FIELD | $ | $ | $ |
| Trustee Expenses: DANE S. FIELD | $ | $ | $ |
| Attorney for Trustee Fees: Rush Moore LLP | $ | $ | $ |
| Accountant for Trustee Expenses: Rush Moore LLP | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____
    Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

U.S. Bankruptcy Court - Hawaii   #12-00640   Dkt # 32   Filed  02/18/15   Page 9 of 12

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | DEPARTMENT OF THE TREASURY | $ | $ | $ |

    Total to be paid to priority creditors      $_____

    Remaining Balance      $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ | $ | $ |
| 2 | ALLEN SETO, D.D.S. | $ | $ | $ |
| 3 | First Hawaiian Bank | $ | $ | $ |
| 4 | First Hawaiian Bank | $ | $ | $ |
| 6 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 7 | Bureaus Investment Group Portfolio No 15 LLC | $ | $ | $ |
| 8 | American InfoSource LP as agent for | $ | $ | $ |
| 9 | American Express Centurion Bank | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Chase Bank USA, N.A. | $ | $ | $ |
| 11 | Synchrony Bank | $ | $ | $ |
| 12 | RONALD MAU, D.D.S. | $ | $ | $ |
| 13 | The Queen"s Medical Center | $ | $ | $ |

Total to be paid to tardy general unsecured creditors      $_____

Remaining Balance      $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of      % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $      . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $            .