| | |
|---|---|
| *Trustee Name, Address, Phone, Fax, Email:*<br>DANE S. FIELD<br>PO Box 4198<br>Honolulu, HI 96812<br>(808) 232-8788<br> fax<br>dfield@hawaii.rr.com | **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICE OF HAWAII** |
| Debtor(s):<br>James Ray Muder<br>Janette Louise Draper | Case No.: 12-00640<br><br>Chapter 7 |

### AMENDED NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| | |
|---|---|
| Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011:<br>This amount represents unclaimed funds on the claim(s) listed below. | $_15,218.34_____ |

[*List claimants for unclaimed funds below - attach continuation sheets if necessary.*]

| Claim No. | Claimant Name and Address | Amount |
|---|---|---|
| 5 | Dept. of the Treasury<br>FINANCIAL MANAGEMENT SERVICE<br>P.O. BOX 1686<br>Birmingham, AL 35201-1686 | $201.16 |
| 13 | The Queens Medical Center<br>PO Box 861<br>Honolulu, HI 96808-0861 | $278.31 |
| Debtor | Janette Louise Draper<br>1535 Pensacola Street, #11<br>Honolulu, HI 96822 | $14,738.87 |
| | | $ |
| | | $ |
| | | $ |
| Dated:_9/30/15____ | /s/ Dane Field<br> Trustee | |